UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:14-CR-23 RM |
| | ) | |
| MELVIN DARNELL WHITE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on June 10, 2014. Accordingly, the court ADOPTS those findings and recommendations [docket # 23], ACCEPTS defendant Melvin White's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   June 26, 2014

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana